**FILED**

**January 15, 2010**
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )          Case No. MAG. 10-0010 DAD
          Plaintiff,               )
                                   )
v.                                 )          ORDER FOR RELEASE OF
                                   )          PERSON IN CUSTODY
VY PHAM ,                          )
                                   )
          Defendant.               )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release VY PHAM, Case No. MAG. 10-0010 DAD,

Charge Title 21 USC §§ 846; 841(a)(1) , from custody subject to the conditions contained in the

attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    X  Bail Posted in the Sum of $ 25,000

        ✗  Unsecured Appearance Bond co signed by brother

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

        ✗  (Other)  Pretrial Services Supervision or
                    conditions of release

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on January 15, 2010 at 3:15 pm .

By _____

Dale A. Drozd
United States Magistrate Judge