FILED
January 15, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)    Case No. MAG. 10-0010 DAD
              Plaintiff,      )
                              )
v.                            )    ORDER FOR RELEASE OF
                              )    PERSON IN CUSTODY
VY PHAM,                      )
                              )
              Defendant.      )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release VY PHAM, Case No. MAG. 10-0010 DAD, Charge Title 21 USC §§ 846; 841(a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___    Release on Personal Recognizance

_X_    Bail Posted in the Sum of $ 25,000.00

_X_    Unsecured Appearance Bond   co signed by brother

___    Appearance Bond with 10% Deposit

___    Appearance Bond with Surety

___    Corporate Surety Bail Bond

_X_    (Other)   Pretrial Services Supervision of conditions of release

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on January 15, 2010 at 3:15 pm.

By _____
Dale A. Drozd
United States Magistrate Judge