MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorney for Defendant
Vy Pham

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VY PHAM,<br><br>　　　　　Defendant. | Case No.: 2:10 CR 0042 MCE<br><br>STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS<br><br>Judge: Hon. Morrision England |

On January 15, 2010, Vy Pham was released from custody on conditions of release which included, inter alia, condition #10, no contact with co-defendants named in the Complaint. All parties agree it is appropriate that Ms. Pham be allowed to have contact with co-defendant Keit Tran and that condition #10 should be modified to allow such contact. In fact, Pretrial Services by way of Renee Basurto is recommending that the condition precluding contact with Keit Tran now be removed.

**STIPULATION**

Therefore, Plaintiff, United States, and Defendant, Vy Pham, through her undersigned counsel, hereby stipulate and agree that the Court should order that the pretrial release condition previously imposed precluding contact with all co-defendants be modified to allow contact with one specific co-defendant to wit: Keit Tran. All other previously imposed conditions of pretrial release should remain in full force and effect.

**IT IS SO STIPULATED.**

DATED: August 3, 2011          BENJAMIN B. WAGNER
                               United States Attorney

                               By /s/ Jason Hitt
                               JASON HITT
                               Assistant U.S. Attorney


DATED: August 3, 2011          The CHASTAINE LAW OFFICE


                               By /s/ Michael Chastaine
                               MICHAEL CHASTAINE
                               Attorney for Defendant
                               Vy Pham

**ORDER**

**IT IS SO ORDERED. Good Cause Appearing,** it is hereby ordered that the previously imposed conditions of pretrial release to wit: condition #10 be modified to read as follows: Condition 10.  You shall not associated or have any contact with the co-defendants named in the Complaint with the exception of Keit Tran, unless in the presence of counsel or otherwise approved in advance by the pretrial services officers.  The intent of this modification is to allow contact between Vy Pham and Keit Tran.  All other previously imposed conditions of pretrial release shall remain in full force and effect.

DATED:  August 3, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2