MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Vy Pham

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VY PHAM, et al,<br><br>    Defendant. | Case No.: 2:10 CR 0042 MCE<br><br>STIPULATION AND ORDER CONTINUING JUDGEMENT AND SENTENCING |

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, Linda Harter, attorney for Keit Tran and Michael Chastaine, attorney for Vy Pham, that the sentencing date of Thursday, May 30, 2013 should be continued until Thursday August 22, 2013.  The continuance is requested for the following reasons: Ms. Pham and Keit Tran were involved in an automobile accident on May 6, 2013.  Their vehicle was "T-boned" by another car causing damage to the vehicles and back and neck injuries to both Ms. Pham and Mr. Tran.  Ms. Pham suffered injuries and has been under a doctor's care.  Due to the nature of the injuries, the Doctor has recommended that Ms. Pham continue with treatment until Mid August.  Mr. Tran is also under a doctors care for injuries suffered during the accident.  Keit Tran and Vy Pham are engaged and

1

currently live together.  They seek to be sentenced and remained at the same time.  The Government has no objection to having Mr. Tran and Ms. Pham sentenced at the same time.  The Government has no objection to this requested continuance.

Dated: May 24,  2013          By:    /s/ Michael Chastaine

                                             MICHAEL CHASTAINE
                                             Attorney for Vy Pham

Dated: May 24,  2013          By:    /s/ Michael Chastaine for Linda Harter
                                             LINDA HARTER
                                             Attorney for Keit Tran

Dated: May 24, 2013          BENJAMIN B. WAGNER
                                    United States Attorney

                                    By: /s/ Michael Chastaine for Jason Hitt
                                       Jason Hitt
                                       Assistant U.S. Attorney

<u>ORDER</u>

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the sentencing scheduled for Thursday, May 30, 2013 at 9:00 a.m. be continued to Thursday, August 22, 2013 at 9:00 a.m.

DATED:  May 28, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2